IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 12-24 |
| v. | ) | |
| | ) | (29 U.S.C. § 501(c)) |
| ROBERT J. MISURACA | ) | |

## INDICTMENT

The grand jury charges:

During the period from on or about February 3, 2005 to on or about January 20, 2010, in the Western District of Pennsylvania and elsewhere, the defendant, ROBERT J. MISURACA, while employed in Corning, New York as a Staff Representative for the International Union of United Steelworkers, a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $17,566.21 of the monies, funds, property and assets of said labor organization, that is the defendant, ROBERT J. MISURACA, charged said amount in personal expenses to a union credit card.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524